1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Nationstar Mortgage LLC
   and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; and ROSEMARIE AUSTIN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00374-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO RAINBOW BEND'S RESPONSE TO PLAINTIFFS' COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 28]**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Nationstar Mortgage, LLC (**Nationstar**) and Federal National Mortgage Association (**Fannie Mae**) (collectively **Plaintiffs**), and Defendant Rainbow Bend Homeowners Association (**Rainbow Bend**), hereby stipulate and agree that Plaintiffs shall have an additional ten (10) days, up to and including **September 25, 2017**, to file its reply to Rainbow Bend's Response to Plaintiff's Countermotion for Partial Summary Judgment [ECF No. 28], which is currently due on September 11, 2017. The reason for the request is to allow Nationstar additional time to prepare its briefing.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of September, 2017.

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| /s/ *Jamie K. Combs, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association* | /s/ *David Ochoa, Esq.* <br> KALEB D. ANDERSON, ESQ. <br> Nevada Bar No. 7582 <br> DAVID OCHOA, ESQ. <br> Nevada Bar No. 10414 <br> 9900 Covington Cross Drive, Ste. 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Rainbow Bend Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: September 11, 2017

2