ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; and ROSEMARIE AUSTIN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00374-MMD-WGC<br><br>**NOTICE OF DISASSOCIATION** |

…

…

…

…

…

…

…

1

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Jesse Ransom is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All future correspondence, papers and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Jamie K. Combs, Esq.

DATED February 22, 2018

**AKERMAN LLP**

*/s/ Jamie K. Combs, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Nationstar Mortgage LLC
and Federal National Mortgage Association*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 23, 2018

_____
UNITED STATES MAGISTRATE JUDGE