LIPSON NEILSON, P.C.
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
DAVID T. OCHOA, ESQ. (BAR NO. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
dochoa@lipsonneilson.com

*Attorneys for Rainbow Bend Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; and ROSEMARIE AUSTIN, an individual.<br><br>Defendants. | CASE NO.: 3:17-cv-00374<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINES**<br>**(FIRST REQUEST)** |

Defendant RAINBOW BEND HOMEOWNERS ASSOCIATION ("HOA"); and Plaintiffs NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION (collectively "Nationstar"); by and through their counsel, hereby submit this Stipulation to extend the dispositive motions deadline to February 11, 2019, and to extend the HOA's deadline to file a Response to Nationstar's Motion for Summary Judgment ECF No. 59.

**I.   Reason For the Extension**

The HOA and Nationstar have been working on settlement of the claims between them. If not for the expected resolution of claims against the HOA, the HOA would have

otherwise timely filed a dispositive motion as to the claims against the HOA and a Response to Nationstar's Motion for Summary Judgment. Therefore, the HOA and Nationstar stipulate and agree to an extension of these deadlines to otherwise complete settlement or provide the HOA time to file a dispositive motion and/or Response to Nationstar's Motion.

This is the HOA's and Nationstar's first request to extend these deadlines, and is not made to cause delay or prejudice to any party.

## II. Prior Dates and Proposed Scheduled

The parties agree to extend the dispositive motions deadline and response deadline forty-five days from this stipulation as follows:

| Event | Prior Date | Proposed New Date |
|---|---|---|
| File Dispositive Motions | December 3, 2018 | February 11, 2019 |
| HOA Deadline to Respond to Nationstar's Motion for Summary Judgment | December 21, 2018 | February 11, 2019 |

\ \ \

\ \ \

\ \ \

## III. Stipulation would not Impact Trial.

On December 3, 2018, Nationstar filed a Motion for Summary Judgment upon which the previous trial date was vacated to be reset after resolution of dispositive motions. Therefore, the current stipulation would not impact a pending trial date.

DATED this __26_ day of December, 2018.

| | |
|---|---|
| **LIPSON NEILSON P.C.** | **AKERMAN LLP** |
| */s/ David T. Ochoa* | */s/ Jamie K. Combs* |
| _____ | _____ |
| KALEB D. ANDERSON, ESQ. | ARIEL E. STERN, ESQ |
| Nevada Bar No.7582 | Nevada Bar No. 8276 |
| DAVID T. OCHOA, ESQ. | JAMIE K. COMBS, ESQ |
| Nevada Bar. No. 10414 | Nevada Bar No. 13088 |
| 9900 Covington Cross Dr., Suite 120 | 1635 Village Center Circle, #200 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89134 |
| *Attorneys for Rainbow Bend Homeowners Association* | *Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: __January 2, 2019_____