1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1635 Village Center Cir., Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Nationstar Mortgage LLC
   and Federal National Mortgage Association*
8

9 **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; and ROSEMARIE AUSTIN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00374-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR:**<br><br>**PLAINTIFFS TO FILE REPLY SUPPORTING THEIR MOTION FOR SUMMARY JUDGMENT [ECF No. 59];**<br><br>**PLAINTIFFS TO FILE RESPONSE TO DEFENDANT'S COUNTERMOTION FOR SUMMARY JUDGMENT [ECF No. 63]; and**<br><br>**DEFENDANT TO FILE REPLY SUPPORTING COUNTERMOTION FOR SUMMARY JUDGMENT [ECF NO. 63]**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Nationstar Mortgage, LLC (**Nationstar**) and Federal National Mortgage Association (**Fannie Mae**) (collectively **Plaintiffs**), and Defendant Rosemarie Austin, hereby stipulate and agree to the following extensions of deadlines:

(1) Plaintiffs shall have an additional two (2) weeks, up to and including **January 16, 2019**, to file their reply supporting their Motion for Summary Judgment, ECF No. 59, currently due on January 2, 2019;

47407036;1

(2) Plaintiffs shall have an additional nine (9) days, up to and including **January 16, 2019,** to file their response to Plaintiff's Countermotion for Summary Judgment, ECF No. 63, currently due on January 7, 2019; and

(3) Defendant Rosemarie Austin shall have an additional two weeks, up to and including **February 13, 2019**, to file her reply supporting her Countermotion for Summary Judgment, which would otherwise be due on January 30, 2019.

The reason for the request is due to the intervening holidays and to coordinate the deadline to file the reply to Plaintiff's Motion for Summary Judgment and the response to the Countermotion to be due on the same day.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of January, 2019.

| **AKERMAN LLP** | **ROSEMARIE AUSTIN** |
|---|---|
| /s/ *Jamie K. Combs, Esq.* | /s/ *Rosemarie Austin* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Cir., Suite 200<br>Las Vegas, Nevada 89134 | ROSEMARIE AUSTIN<br>Sparks, NV 89434<br><br>*Pro se* |

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 2, 2019